```
 1  LAW OFFICES OF BEHREND, MORRISON & ALEXANDRA
    PAUL BEHREND, Bar No. 235497
 2  760 Market Street, Suite 706
    San Francisco, California 94102
 3  Telephone: (415) 956-0549
    Facsimile:  (415) 956-0749
 4
 5  Attorneys for Plaintiff
    CHRISTOPHER CORTNER
 6
 7              UNITED STATES DISTRICT COURT
 8              NORTHERN DISTRICT OF CALIFORNIA
 9
```

| CHRISTOPHER CORTNER, | CASE NO. C08-05162 BZ |
|---|---|
| Plaintiff, | STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DECLARATION OF PAUL BEHREND; AND PROPOSED ORDER |
| v. | |
| MARCIA GIUSTI, THOMPSON GIUSTI PROPERTIES, FRIENDLY REAL ESTATE SERVICES, DOES 1-20, inclusive, | |
| | [Civ. L.R. 6-2] |
| Defendants. | |

Pursuant to Civil L.R., Rules 6-2 and 7-12, plaintiff Christopher Cortner ("Plaintiff") and defendants Marcia Giusti and Thompson Giusti Properties, LLP ("Defendants"), and collectively referred to as "the Parties," enter into this Stipulated Request For Order Continuing Case Management Conference ("Stipulation").

**STIPULATION**

1. Defendants hereby acknowledge the lawful service of the summons and complaint in this matter and will file an answer to Plaintiff's complaint by February 27, 2008.

2. Plaintiff will dismiss this action with regard to defendant Friendly Real Estate Services.

3. The last day to meet and confer re initial disclosures, early settlement, ADR process selection, and the discovery plan shall be extended from February 2, 2009 to March 2, 2009.

-1-
STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE;
DECLARATION OF PAUL BEHREND; AND PROPOSED ORDER

1    4.   The last day to file the ADR Certification signed by the Parties and their counsel
2    shall be extended from February 2, 2009 to March 2, 2009.
3    5.   The last day to file either the Stipulation to ADR Process or the Notice of Need
4    for ADR Phone Conference shall be extended from February 2, 2009 to March 2, 2009.
5    6.   The last day to file the Rule 26(f) Report, complete the initial disclosures or state
6    an objection in Rule 26(f) Report and file the Initial Case Management Statement shall be
7    extended from February 16, 2009 to March 16, 2009.
8    7.   The last day to file the consent or declination to proceed before the assigned
9    magistrate judge shall be extended from February 16, 2009 to March 16, 2009.
10   8.   The current Initial Case Management Conference shall be continued from
11   February 23, 2009 until March 23, 2009, at 4:00 p.m. in Courtroom G of this Court.
12   IT IS SO STIPULATED.

DATED: February 18, 2009    LAW OFFICES OF BEHREND, MORRISON & ALEXANDRA

By: _____
    Paul Behrend
    Attorneys for Plaintiff
    CHRISTOPHER CORTNER

DATED: February 17, 2009

By: _____
    MARCIA GIUSTI
    Defendant

DATED: February 17, 2009

By: _____
    Yolanda Thompson
    General Partner for Defendant
    THOMPSON GIUSTI PROPERTIES, LLP

-2-
STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE;
DECLARATION OF PAUL BEHREND; AND PROPOSED ORDER

**DECLARATION OF PAUL BEHREND**

I, Paul Behrend, declare:

1. I am an attorney, licensed to practice law in the State of California, and a principal in the law firm of Behrend, Morrison & Alexandra, the attorneys representing Plaintiff in this action. Except as to such matters stated upon information and belief, I have personal knowledge of the facts stated herein and, if called upon to do so, would testify competently thereto.

2. A dispute has arisen between the Parties regarding whether Plaintiff has properly served the Defendants with the summons and complaint in this matter. In a reasonable effort to resolve this dispute, the Parties have agreed that Defendants will acknowledge service of the summons and complaint in this matter, will file an answer to Plaintiff's complaint by February 27, 2008 and Plaintiff will dismiss this action with regard to defendant Friendly Real Estate Services.

3. Upon information and belief, on or about January 20, 2009 defendant Giusti submitted a claim to her insurance carrier Farmers Insurance based upon Plaintiff's complaint in this matter and is presently awaiting a response as to whether Farmers will accept coverage and tender a legal defense.

4. There have been no previous time modifications in this matter, whether by stipulation or Court order.

5. As indicated in paragraphs 3 through 8 of the Stipulation, the effect of the requested time modification would have on the schedule of the case would be to continue the Initial Case Management Conference and the various ADR deadlines set forth in this Court's November 13, 2008 Order Setting Initial Case Management Conference and ADR Deadlines thirty (30) days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except as to matters stated upon information and belief, and as to such matters, I believe them to be true.

DATED: February 18, 2009

By: _____
Paul Behrend, Esq.

-3-

STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE;
DECLARATION OF PAUL BEHREND; AND PROPOSED ORDER

-4-
STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE;
DECLARATION OF PAUL BEHREND; AND PROPOSED ORDER

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: February 19, 2009

_____
Hon. Bernard Zimmerman
Magistrate Judge of the United States District Court