1  PAUL BEHREND (SBN 235497)
   Law Offices of Behrend, Morrison, and Alexandra
2  760 Market Street, Suite 706
   San Francisco, CA 94102
3  Phone  (415) 956-0549
   Fax      (415) 956-0749
4

5  Attorneys for Plaintiff
   CHRISTOPHER CORTNER
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
                                          Case No.   C 08 5162 PJH
10  CHRISTOPHER CORTNER,
                                          PLAINTIFF'S REQUEST TO
11              Plaintiff,                RESCHEDULE CASE MANAGEMENT
                                          CONFERENCE
12  v.

13
    MARCIA GIUSTI, et al.,
14
                Defendants.
15

16

17

18   The parties have entered into a full and final settlement of this lawsuit.  The final

19  payment pursuant to the terms of the settlement shall be made within ninety days of

20  Plaintiff's execution and delivery of the settlement agreement, which took place on June

21  23, 2009.  Plaintiff is to dismiss this lawsuit within five days of the final payment.

22  Therefore, Plaintiff anticipates that this action will be dismissed with prejudice on or before

23  September 26, 2009.  Plaintiff hereby respectfully requests that the upcoming case

24  management conference in this matter be rescheduled to a date after September 26, 2009,

25  with the expectation that the entire action will have been dismissed by then.
     CASE MANAGEMENT CONFERENCE CONTINUED TO
26   10/15/09 AT 2:30 P.M.

27   Dated:  July 14, 2009              /S/ Paul Behrend
28

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

PLAINTIFF'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1