PAUL BEHREND (SBN 235497)
Law Offices of Behrend, Morrison, and Alexandra
760 Market Street, Suite 706
San Francisco, CA 94102
Phone (415) 956-0549
Fax    (415) 956-0749

Attorneys for Plaintiff
CHRISTOPHER CORTNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER CORTNER,

    Plaintiff,

v.

MARCIA GIUSTI, et al.,

    Defendants.

Case No.  C 08 5162 PJH

STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: October 8, 2009

_____
Paul Behrend
Attorney for Plaintiff
CHRISTOPHER CORTNER

Dated: October 7, 2009

_____
Stephen Sherman
Attorney for Defendants
MARCIA GIUSTI and THOMPSON GIUSTI PROPERTIES

STIPULATION

IT IS SO ORDERED
Judge Phyllis J. Hamilton
10/13/09

1